Case 4:11-cv-04519-SBA Document 16 Filed 10/13/11 Page 1 of 1

RECEIVED
OCT - 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT 13 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John R. Botti, III

        Plaintiff,

v.

Trans Union, LLC

        Defendant.

CASE NO. 4:11-cv-04519-SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

William R. Brown, whose business address and telephone number is

Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077
Telephone: (317) 363-2400

and who is an active member in good standing of the bar of the State of Indiana

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/12/11

                                                   Saundra B. Armstrong
                                                 United States District Judge