UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John R. Botti, III,

        Plaintiff(s),

v.

Trans Union, LLC

        Defendant(s).

CASE NO. 4:11-cv-04519-SBA

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ✓ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:
- ☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
- ✓ other requested deadline __120 days__

Dated: _10-20-11_

                                               John R. Botti, III, Pro Se Plaintiff

Dated: _10/20/11_

                                               William R. Brown, Esq.
                                               (admitted *Pro Hac Vice*)
                                               Schuckit & Associates, P.C.
                                               4545 Northwestern Drive
                                               Zionsville, IN 46037
                                               Telephone: 317-363-2400
                                               Facsimile: 317-363-2257
                                               E-Mail: wbrown@schuckitlaw.com

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ✓ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ✓ other:  120 days

IT IS SO ORDERED.

Dated:  10/21/11

_____
JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, William R. Brown, declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Schuckit & Associates, P.C., whose address is 4545 Northwestern Drive, Zionsville, IN 46077. On October 21, 2011, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Zionsville, Indiana. |

All documents were sent to the following persons in the following manner:

John R. Botti, III
1163 Capri Drive
Campbell, CA  95008-6003

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true |
| 2 | and correct, and that this Proof of Service was executed on this 21st day of October, 2011, at |
| 3 | Zionsville, Indiana. |

William R. Brown, Esq.
(admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46037
Telephone: (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail: wrbrown@schuckitlaw.com