1  William R. Brown, Esq.  (IN #26782-48)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone: 317-363-2400
4  Fax: 317-363-2257
   E-Mail: wbrown@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Michael W. Bien, Esq. (CSB #96891)
   Sumana Cooppan, Esq. (CSB # 267967)
8  Rosen, Bien & Galvan, LLP
   315 Montgomery Street, Tenth Floor
9  San Francisco, CA  94104
   Telephone: 415-433-6830
10 Fax: 415-433-7104
   E-Mail: mbien@rbg-law.com
11          scooppan@rbg-law.com

12 *Local Counsel for Defendant Trans Union, LLC*

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17                                      )  CASE NO. 4:11-cv-04519-SBA
                                        )
18 JOHN R. BOTTI, III                   )
                Plaintiff,              )
19                                      )  JOINT STIPULATION AND
      vs.                               )  [PROPOSED] ORDER TO
20                                      )  EXTEND BRIEFING SCHEDULE
   TRANS UNION, LLC,                    )  FOR TRANS UNION, LLC'S
21              Defendant.              )  MOTION TO DISMISS
                                        )  PLAINTIFF'S COMPLAINT
22                                      )  PURSUANT TO RULE 12(b)(6)
                                        )
23

24        Pro se Plaintiff John R. Botti, III ("Plaintiff") and Defendant Trans Union, LLC ("Trans

25 Union") (collectively, the "Parties") pursuant to Local Rule 6-2 hereby submit their Joint

26 Stipulation To Extend Briefing Schedule For Trans Union, LLC's Motion To Dismiss

27 Plaintiff's Complaint Pursuant To Rule 12(b)(6) (the "Stipulation").

28

---

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR TRANS UNION,
LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) – 5:11-CV-04519-SBA

1    In support of the Stipulation, the Parties state:

2         1.    On September 12, 2011, pro se Plaintiff filed his Complaint in this action [Doc.

3    No. 1].

4         2.    On September 29, 2011, the Parties filed a Stipulation For Enlargement Of Time

5    For Trans Union, LLC To Answer Or Otherwise Respond [Doc. No. 8].

6         3.    On November 3, 2011, Trans Union filed its Motion To Dismiss Plaintiff's

7    Complaint Pursuant To Rule 12(b)(6) For Failure To State A Claim Upon Which Relief Can Be

8    Granted [Doc. No. 20] (the "Motion") and accompanying Memorandum Of Law.

9         4.    Plaintiff's Response to the Motion currently is due by November 17, 2011 and

10   Trans Union's Reply by November 28, 2011.

11        5.    Pro se Plaintiff has determined that he will need additional time to respond to the

12   Motion, in order to fully address the issues raised therein.  Trans Union does not object to this

13   request.  The Parties have conferred and agreed to the revised briefing schedule set forth herein.

14   The dates selected take into account the fact that Plaintiff and Trans Union are receiving service

15   of filings by United States Mail, since Plaintiff is proceeding pro se.

16        6.    Accordingly, the Parties have stipulated to extend Plaintiff's time to respond to

17   the Motion until December 1, 2011 and Trans Union's time to reply in support of the Motion

18   until December 15, 2011.

19        7.    The hearing on the Motion is set for March 27, 2012 and the Stipulation will not

20   alter the date of any event or deadline already fixed by Court order or have any other effect on

21   the schedule for the case.

22        8.    The only previous time modification in this case was by stipulation of the parties

23   to extend Trans Union's time to answer or otherwise respond to Plaintiff's Complaint, as stated

24   above.

25        9.    This Stipulation is not made for the purposes of delay and would not prejudice

26   any Party.

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR TRANS UNION,
LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) – 5:11-CV-04519-SBA

THEREFORE, IT IS HEREBY STIPULATED between the Parties that Plaintiff shall have until December 1, 2011 to file his Response to the Motion and Trans Union shall have until December 15, 2011 to file its Reply in support of the Motion.

SO STIPULATED by:

Dated: Nov 11 ____, 2011          By: _John R. Botti___

John R. Botti, III

Pro Se Plaintiff

Dated: 11/14 ____, 2011          By: _____

William R. Brown, Esq. (IN #2678-48)

(admitted Pro Hac Vice)

Schuckit & Associates, P.C.

4545 Northwestern Drive

Zionsville, IN  46077

Telephone:  317-363-2400

Fax:  317-363-2257

E-Mail:  wbrown@schuckitlaw.com

Lead Counsel for Defendant Trans Union, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _11/14/11_____          ___Sandra B. Armstrong___

UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR TRANS UNION, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) – 5:11-CV-04519-SBA

Page 3 of 3

## PROOF OF SERVICE

I, William R. Brown, declare that I am a resident of the State of Indiana, am over the age

of eighteen years and am not a party to the within action.  I am employed with Schuckit &

Associates, P.C., whose address is 4545 Northwestern Drive, Zionsville, IN  46077.  On

**November 14, 201**1, I served the following documents:

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING
SCHEDULE FOR TRANS UNION, LLC'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO RULE 12(b)(6)**

I served the documents on the persons listed below, as follows:

| [ ] | **By messenger service**.  I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service.  (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ X ] | **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices.  I am readily familiar with my firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Zionsville, Indiana. |

All documents were sent to the following persons in the following manner:

John R. Botti, III
1163 Capri Drive
Campbell, CA  95008-6003

I declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true

and correct, and that this Proof of Service was executed on this **14th** day of **November, 2011**, at

1    Zionsville, Indiana.

2

3                                              _____
                                             William R. Brown, Esq. (IN #2678-48)
4                                               (admitted *Pro Hac Vice*)
                                             Schuckit & Associates, P.C.
5                                            4545 Northwestern Drive
                                             Zionsville, IN  46077
6                                            Telephone:  317-363-2400
                                             Fax: 317-363-2257
7                                            E-Mail:  wbrown@schuckitlaw.com

8                                            *Lead Counsel for Defendant Trans Union,*
                                             *LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28