William R. Brown, Esq.  (IN #26782-48)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
            scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| JOHN R. BOTTI, III<br>             Plaintiff,<br><br>    vs.<br><br>TRANS UNION, LLC,<br>             Defendant. | CASE NO. 4:11-cv-04519-SBA<br><br>**JOINT STIPULATION FOR ENLARGMENT OF TIME FOR PARTIES TO COMPLETE MEDIATION** |

Pro se Plaintiff John R. Botti, III ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (collectively, the "Parties") pursuant to Local Rule 6-2 hereby submit their Joint Stipulation For Enlargement Of Time For Parties To Complete Mediation (the "Joint Stipulation").

In support of the Joint Stipulation, the Parties state:

1. On September 12, 2011, pro se Plaintiff filed his Complaint in this action [Doc. No.

1].

2. On October 21, 2011, the Parties filed a Stipulation And Proposed Order Selecting ADR Process [Doc. No. 17], selecting mediation and requesting a deadline of 120 days in which to complete the mediation.

3. On October 24, 2011, the Court entered an Order referring the case to mediation and setting a mediation deadline of February 20, 2012 [Doc. No. 19].

4. On November 3, 2011, Trans Union filed a Notice Of Motion And Motion To Dismiss Plaintiff's Complaint Pursuant To Rule 12(b)(6) For Failure To State A Claim Upon Which Relief Can Be Granted (the "Motion") [Doc. No. 20].

5. A hearing on the Motion is scheduled for March 27, 2012 [Doc. No. 24], along with a Case Management Conference.

6. The parties believe that mediation will not be productive until after the Court has ruled on the Motion and respectfully request that the deadline for completing the mediation be re-set for 90 days from the Court's ruling on the Motion.

7. This Joint Stipulation will not alter the date of any event or deadline already fixed by the Court, other than the existing mediation deadline.

8. The only previous time modifications in this case were by stipulation of the parties to extend Trans Union's time to answer or otherwise respond to Plaintiff's Complaint [Doc. No. 8] and to extend the briefing schedule for Trans Union's Motion To Dismiss Plaintiff's Complaint Pursuant To Rule 12(b)(6) [Doc. No. 22].

9. This Joint Stipulation is not made for the purposes of delay and would not prejudice any party.

THEREFORE, IT IS HEREBY STIPULATED between the Parties that the deadline for completing mediation shall be re-set for 90 days from the Court's ruling on Trans Union's Motion To Dismiss Plaintiff's Complaint Pursuant To Rule 12(b)(6) For Failure To State A Claim Upon Which Relief Can Be Granted [Doc. No. 20].

1  SO STIPULATED by:

2

3  Date: 12/01/11                           s/William R. Brown
                                            William R. Brown, Esq. (IN #26782-48)
4                                              (admitted *Pro Hac Vice*)
                                            Schuckit & Associates, P.C.
5                                           4545 Northwestern Drive
                                            Zionsville, IN  46077
6                                           Telephone: 317-363-2400
                                            Fax: 317-363-2257
7                                           E-Mail: wbrown@schuckitlaw.com

8                                           *Lead Counsel for Defendant Trans Union, LLC*

9

10                                          Michael W. Bien, Esq. (CSB #96891)
                                            Sumana Cooppan, Esq. (CSB # 267967)
11                                          Rosen, Bien & Galvan, LLP
                                            315 Montgomery Street, Tenth Floor
12                                          San Francisco, CA  94104
                                            Telephone: 415-433-6830
13                                          Fax: 415-433-7104
                                            E-Mail:      mbien@rbg-law.com
14                                                       scooppan@rbg-law.com

15                                          *Local Counsel for Defendant Trans Union, LLC*

16

17
    Date: 11/29/11                                   s/John R. Botti, III (w/consent)
18                                          John R. Botti, III
                                            *Pro Se* Plaintiff
19                                          1163 Capri Drive
                                            Campbell, CA 95008-6003
20

21

22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24

25
    Dated: _12/6/11                         _____
26                                          UNITED STATES DISTRICT JUDGE

27

28

**JOINT STIPULATION FOR ENLARGMENT OF TIME FOR PARTIES TO COMPLETE MEDIATION – 4:11-CV-04519-SBA**

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  BOTTI et al,
7
8             Plaintiff,
9
10    v.
11
12 TRANS UNION LLC et al,
13
14            Defendant.
15  _____/
16
17
                                    Case Number: CV11-04519 SBA
18
19
                                    **CERTIFICATE OF SERVICE**
20
21
22
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
23
Court, Northern District of California.
24
25
That on December 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing
26
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
27
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
28
delivery receptacle located in the Clerk's office.

**JOINT STIPULATION FOR ENLARGMENT OF TIME FOR PARTIES TO COMPLETE MEDIATION – 4:11-CV-04519-SBA**

John R Botti

1163 Capri Drive

Campbell, CA 95008-6003

Dated: December 7, 2011

                Richard W. Wieking, Clerk

                By: LISA R CLARK, Deputy Clerk

## PROOF OF SERVICE

I, William R. Brown, declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Schuckit & Associates, P.C., whose address is 4545 Northwestern Drive, Zionsville, IN 46077. On **December 1, 2011**, I served the following documents:

**JOINT STIPULATION FOR ENLARGMENT OF TIME FOR PARTIES TO COMPLETE MEDIATION**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service**. I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or |

> package for collection and mailing in accordance with our ordinary business practices.  I am readily familiar with my firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Zionsville, Indiana.

All documents were sent to the following persons in the following manner:

   John R. Botti, III
   1163 Capri Drive
   Campbell, CA  95008-6003

I declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true and correct, and that this Proof of Service was executed on this **1st** day of **December, 2011**, at Zionsville, Indiana.

                                         <u>*s/William R. Brown*</u>
                                         William R. Brown, Esq.  (IN #2678-48)
                                             (admitted *Pro Hac Vice*)
                                         Schuckit & Associates, P.C.
                                         4545 Northwestern Drive
                                         Zionsville, IN  46077
                                         Telephone:  317-363-2400
                                         Fax:  317-363-2257
                                         E-Mail:  wbrown@schuckitlaw.com

                                         *Lead Counsel for Defendant Trans Union, LLC*