UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN R. BOTTI III,<br><br>   Plaintiff,<br><br> vs.<br><br>TRANS UNION LLC,<br><br>   Defendant. | Case No: C 11-04519 SBA<br><br>**DISMISSAL ORDER** |

  On September 12, 2011, Plaintiff John Botti, III ("Plaintiff"), proceeding pro se, brought the instant action against Defendant Trans Union LLC ("Defendant") alleging a federal claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, and a state law claim under the California Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785.1 et seq. Dkt. 1. On May 4, 2012, the Court granted in part and denied in part Defendant's motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 34.

  In that Order, Defendant's motion to dismiss was granted as to Plaintiff's FCRA claim, which was dismissed with leave to amend. Dkt. 34. Defendant's motion to dismiss as to Plaintiff's CCRAA claim was denied without prejudice. Id. Plaintiff was given twenty-one (21) days from the date the Order was filed to file a first amended complaint. Id. The Order expressly warned Plaintiff that the failure to file a first amended complaint by the deadline would result in the dismissal of his FCRA claim with prejudice and the dismissal of his state law claim without prejudice to the filing of this claim in a state court action. Id.

To date, Plaintiff has not filed a first amended complaint.  Accordingly, Plaintiff's FCRA claim is DISMISSED with prejudice.  Having now dismissed the federal claim alleged against Defendant, the Court declines to assert supplemental jurisdiction over Plaintiff's remaining state law claim.  See 28 U.S.C. § 1367(c)(3) (a district court may decline to exercise supplemental jurisdiction if it has dismissed all claims over which it has original jurisdiction); see also Sanford v. MemberWorks, Inc., 625 F.3d 550, 561 (9th Cir. 2010) (" '[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and comity – will point toward declining to exercise jurisdiction over the remaining state-law claims.' "); Harrell v. 20th Century Ins. Co., 934 F.2d 203, 205 (9th Cir. 1991) ("it is generally preferable for a district court to remand remaining pendant claims to state court. . . .").

For the reasons stated above, IT IS HEREBY ORDERED THAT:

1. Plaintiff's FCRA claim is DISMISSED with prejudice.

2. The Court declines to assert supplemental jurisdiction over Plaintiff's CCRAA claim, which is dismissed without prejudice to the refiling of this claim in a state court action.

3. The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: 7/2/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOTTI et al,

       Plaintiff,

 v.

TRANS UNION LLC et al,

       Defendant.
_____/

Case Number: CV11-04519 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John R Botti
1163 Capri Drive
Campbell, CA 95008-6003

Dated: July 2, 2012
                                    Richard W. Wieking, Clerk

                                         By: Lisa Clark, Deputy Clerk